Gary Greenwald *
Joanna C. Greenwald **
Joseph G. McKay
Marc R. Leffler ◊
William A. Frank

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
Robert E. Noe
Karen M. Alt ◊
Gary H. Forman **
Judith A. Waye
Elizabeth C. Tomson

David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

New York City
570 Lexington Avenue
New York, NY 10022

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl.
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, *Paralegal*
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

July 10, 2008

**MEMO ENDORSED**

VIA FAX - (914) 390-4152

U. S. District Judge Kenneth M. Karas
U. S. Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:    U.S. v. Trent Young    08 CR 285

Honorable Judge Karas:

On July 9, 2008, we electronically filed our Reply Affirmation regarding a Motion for a Bill of Particulars in the above-referenced matter.

We were informed this afternoon by A.U.S.A. Marcia Cohen that we inadvertently filed with our papers an exhibit that contained the names of the victims, the exhibit being a letter dated June 24, 2008 from Ms. Cohen.

In order to remedy this error, we immediately contacted Chambers who advised us that they would redact that portion of our courtesy copy filed with Chambers. In reference to our electronic filing, we spoke with the Clerk of the Court who advised that she has altered the document so that it cannot be viewed on ECF. However, she will not delete or seal the document without a direct Order from Your Honor.

Therefore, we would request that Your Honor direct the electronic filing to either be sealed or deleted. If the same is deleted, we will refile a redacted version of our document. Please advise if we need to refile our document.

U. S. District Judge Kenneth M. Karas
Page 2
July 10, 2008

---

      We apologize for an inconvenience this may have caused.

                           Respectfully yours,

                            Gary Greenwald

GG/aak

cc:    A.U.S.A. Marcia Cohen
       Via Fax: (914) 993-9036

---

*[Handwritten order:]* The electronic filing described herein may be filed under seal to redact the names of the victims.

So Ordered.

*[Signed]* KMK
7/18/08