Gary Greenwald *
Joanna C. Greenwald **
Joseph G. McKay
Marc R. Leffler ◊
William A. Frank

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
Robert F. Noe
Karen M. Alt ◊
Gary H. Forman **
Judith A. Waye
Elizabeth C. Tomson

David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

New York City
570 Lexington Avenue
New York, NY 10022

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl.
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, *Paralegal*
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

July 23, 2008

**VIA FAX - (914) 390-4152**

U. S. District Judge Kenneth M. Karas
U. S. Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: **U.S. v. Trent Young
08 Cr. 285 (KMK)**

Honorable Judge Karas:

As the Court is aware, our office is the attorneys of record for the above-referenced matter. In regards to scheduling in this case, our motion to suppress evidence is currently due on July 31, 2008, the Government's response is due on August 15, 2008 and our reply is due on August 29, 2008. At this time, we respectfully write to request an extension of our motion deadline until August 14, 2008. I have spoken with the A.U.S.A. Marcia Cohen, who has consented to this request, as long as she is given until September 15, 2008 to respond and we would then file our reply by September 29, 2008. No previous request for an adjournment has been made regarding this matter.

Thank you for your consideration in this matter.

Respectfully yours,

Gary Greenwald

GG/aak

cc: A.U.S.A. Marcia Cohen
Via Fax: (914) 993-1980

*Handwritten order:* Granted, and time is excluded until August 14, 2008 to allow counsel adequate time to prepare the motion. See 18 U.S.C. § 3161(h)(8)(A). So Ordered. [signature] 7/24/08