```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TRENT YOUNG,

               Defendant.

08-CR-285 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On July 31, 2008, the Court held oral argument on Defendant's Motion for a bill of particulars and the Government's Motion to remove the marital communications privilege from a text message sent to Defendant by Defendant's wife, Mrs. Young. The Court reserved judgment on both Motions.

In regard to the Government's Motion, the Court will reserve judgment in order to provide Mrs. Young the opportunity to submit a response to the proceedings held on the record on July 31, 2008. Any response by Mrs. Young shall be submitted no later than August 18, 2008. Should Mrs. Young respond, Defendant and the Government shall reply to the Court by September 8, 2008.

Parties shall return for a conference on November 12, 2008, at 10:30 a.m. Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until November 12, 2008.

SO ORDERED.

Dated:     August _1_, 2008
             White Plains, New York

                                       KENNETH M. KARAS
                                       UNITED STATES DISTRICT JUDGE