Gary Greenwald *
Joanna C. Greenwald **
Joseph G. McKay
Marc R. Leffler ◊
William A. Frank

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
Robert E. Noe
Karen M. Alt ◊
Gary H. Forman **
Judith A. Waye
Elizabeth C. Tomson

David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA **NJ ◊CT*

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York  10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

**New York City**
570 Lexington Avenue
New York, NY 10022

**Sullivan County**
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

**New Jersey**
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl.
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, *Paralegal*
*(1934-1998)*
Spencer M. McLaughlin, Esq.
*(1945-2007)*

August 5, 2008

# MEMO ENDORSED

Mark A. Fisher, Esq.
Beverson and Fisher
127 Wickham Avenue
P.O. Box 3090
Middletown, New York 10940

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

> Re:    **United States v. Trent Young**
>        **7:08-cr-00285 (KMK)**

Dear Mark:

When I appeared in Court on Thursday, July 31, 2008, I appeared before Federal Judge Kenneth Karas.  Appearing for the U.S. Attorney's Office for the Southern District was A.U.S.A. Elliott Jacobson.

In the course of the argument that was presented, the Court specifically indicated that he would like to give you the opportunity to be heard on behalf of Mrs. Young.  Judge Karas had suggested that you order the transcript so you would have the sense of what was occurring and therefore, you would be free to submit whatever papers you would like and possibly be heard in the future.  I volunteered to contact you and as a result, I called you last Friday.  I know you returned my call on Monday, but I was not available to speak to you.

Please take whatever steps you feel are appropriate relative to your client.

Very truly yours,

Gary Greenwald

GG/aak

cc:    U. S. District Judge Kenneth M. Karas
       A.U.S.A. Elliott Jacobson
       Mr. Trent Young

*The Clerk is respectfully requested to docket this letter.*

*So Ordered.*

*8/6/08*