Gary Greenwald *
Joanna C. Greenwald **
Joseph G. McKay
Marc R. Leffler ◊
William A. Frank

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
Robert E. Noe
Karen M. Alt ◊
Gary H. Forman **
Judith A. Waye
Elizabeth C. Tomson

David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

New York City
570 Lexington Avenue
New York, NY 10022

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl.
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, *Paralegal*
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

August 6, 2008

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Mark A. Fisher, Esq.
Beverson and Fisher
127 Wickham Avenue
P.O. Box 3090
Middletown, New York 10940

Re:   United States v. Trent Young
      7:08-cr-00285 (KMK)

Dear Mark:

On Thursday, July 31, 2008, I appeared in Federal Court before Judge Kenneth M. Karas with respect to the above-captioned matter. Present as well was A.U.S.A. Elliot Jacobson. It was the Court's position that he would give you an opportunity to speak on behalf of your client, since the Court opined that it is very possible the interest of your client, Mr. Young's wife, potentially diverged from Mr. Young. He has requested that you order the transcript and file papers, if you wish, pursuant to his direction as set forth in the transcript.

I promised the Court that I would call you, which I did on Friday, but unfortunately was not able to touch base with you. It is my understanding that you called when I was in a federal prison.

Please give this matter your immediate attention.

Very truly yours,

Gary Greenwald

GG/aak

cc:   Honorable Kenneth M. Karas
      A.U.S.A. Elliot Jacobson

*The Clerk is respectfully requested to docket this letter*

*So Ordered.*

*[signature]*
8/7/08