UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :
                                             INDICTMENT
                                  :
        - v. -
                                  :  S1 08 Cr. 285 (KMK)

TRENT YOUNG,                      :

            Defendant.            :
- - - - - - - - - - - - - - - - - - - -x

COUNT ONE
(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury charges:

1.  In or about October or November 2006, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 1, who was under the age of 18, from Middletown, New York to West Milford, New Jersey for the purpose of engaging in sexual activity with Victim 1.

(Title 18, United States Code, Section 2423(a).)

## COUNT TWO

(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

2. In or about December 2006 or January 2007, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 1, who was under the age of 18, from Middletown, New York to West Milford, New Jersey for the purpose of engaging in sexual activity with Victim 1.

(Title 18, United States Code, Section 2423(a).)

## COUNT THREE

(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

3. In or about Spring 2007, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal

offense, to wit, TRENT YOUNG, the defendant, transported Victim 1, who was under the age of 18, from Middletown, New York to West Milford, New Jersey for the purpose of engaging in sexual activity with Victim 1.

(Title 18, United States Code, Section 2423(a).)

## COUNT FOUR
(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

4. In or about September 2007, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 1, who was under the age of 18, from Middletown, New York to West Milford, New Jersey for the purpose of engaging in sexual activity with Victim 1.

(Title 18, United States Code, Section 2423(a).)

## COUNT FIVE
(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

5. In or about November or December 2006, in the Southern District of New York and elsewhere, TRENT YOUNG, the

defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 2, who was under the age of 18, from Middletown, New York to West Milford, New Jersey for the purpose of engaging in sexual activity with Victim 2.

(Title 18, United States Code, Section 2423(a).)

### COUNT SIX

(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

6. In or about April 2003, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 3, who was under the age of 18, from Brooklyn, New York to Middletown, New York, via New Jersey, for the purpose of engaging in sexual activity with Victim 3.

(Title 18, United States Code, Section 2423(a).)

## COUNT SEVEN

(Transportation of Minor With Intent
To Engage in Criminal Sexual Activity)

The Grand Jury further charges:

7. In or about October or November 2003, in the Southern District of New York and elsewhere, TRENT YOUNG, the defendant, unlawfully, willfully and knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, TRENT YOUNG, the defendant, transported Victim 3, who was under the age of 18, from Brooklyn, New York to Middletown, New York, via New Jersey, for the purpose of engaging in sexual activity with Victim 3.

(Title 18, United States Code, Section 2423(a).)


_____
FOREPERSON

_____
LEV L. DASSIN
Acting United States Attorney